**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 368 MAL 2022

                Respondent              :

                                :  Petition for Allowance of Appeal
                                :  from the Order of the Superior Court

                v.                :

                                :

JEREMY TYLOR ALSTON,             :

                  Petitioner            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.